IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

JERRY SLEDGE,

Appellant,

v.

FLORIDA COMMISSION ON
OFFENDER REVIEW,

Appellee.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D14-3114

Opinion filed March 10, 2015.

An appeal from the Circuit Court for Leon County.
John C. Cooper, Judge.

Jerry Sledge, pro se, Appellant.

Sarah J. Rumph, General Counsel, Florida Commission on Offender Review,
Tallahassee, for Appellee.


PER CURIAM.

    AFFIRMED.

WOLF, MAKAR, and OSTERHAUS, JJ., CONCUR.